1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number C 97-20099 JF (HRL) |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE RE DEFENDANT'S OBJECTIONS TO RECEIVER'S APPLICATION FOR EXPENSES FOR PERIOD JANUARY 1, 2006 THROUGH FEBRUARY 28, 2006 |
| v. | |
| ALISAL WATER CORPORATION, et al., | |
| Defendants. | |

The Court has received the Receiver's application for reimbursement of expenses for the period January 1, 2006 through February 28, 2006, Defendants' objections thereto, the Receiver's reply, the correspondence from Defendants' counsel dated April 25, 2006, and the Receiver's supplemental reply.

With respect to the dispute as to the timeliness of Defendants' objections, the Court will deem the objections timely and consider them on the merits. Defendants shall file a brief in support of their objections, supported by declarations, within ten days after issuance of this order. The Receiver shall file any response to Defendants' brief within ten days after receipt of such

1  brief.  The Court thereafter will issue a ruling on the papers, unless it determines that an

2  evidentiary hearing is necessary, in which case the Court will contact the parties to schedule such

3  hearing.

4          IT IS SO ORDERED.

5

6

7

8  DATED:  5/8/06

9                                                                    _____

10                                                                   JEREMY FOGEL
                                                                     United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1   Copies of Order sent to the following parties:

2   Marc Peter Fairman     Mfairman@pacbell.net,

3   Kevin T. Haroff     kharoff@ssd.com, sdavid@ssd.com

4   Jonathan M. Schwartz     jms01@i.frys.com,

5   S. Gary Varga     Vargalaw@mbay.net, Vargalaw@SBCGlobal.net

6   Noel Wise     NxW4@pge.com

7   S. Gary Varga
    585 Cannary Row, Suite 302
8   Monterey, CA 93940-1431

9   Matthew Fogelson
    Environment and Natural Resources Division
10  301 Howard Street, Suite 1050
    San Francisco, CA 94105
11
    Joe Alfred Izen , Jr
12  Izen Law Offices
    5222 Spruce Street
13  Bellaire, TX 77401

14  Charles O'Connor
    U.S. Attorney's Office
15  450 Golden Gate Avenue
    P.O. Box 36055
16  San Francisco, CA 94102

17  John W. Richardson
    2941 Park Avenue
18  Suite H
    Soquel, CA 95073
19
    John D. Rothman
20  United States Environmental
    Protection Agency
21  Region IX
    75 Hawthorne Street
22  San Francisco, CA 94105

23  Michael A. Isaacs
    Diana L. Donabedian
24  Luce, Forward, Hamilton & Scripps, LLP
    121 Spear Street, Suite 200
25  San Francisco, CA 94105

26  Lori Jonas
    U.S. Department of Justice
27  Environmental Enforcement Section
    PO Box 7611
28  Washington, DC 20044

3

Case No. C 97-20099 JF (HRL)
ORDER SETTING BRIEFING SCHEDULE
(JFLC2)

1  Marc J. Del Piero
   Law Offices of Marc J. Del Piero
2  4062 Bosque Drive
   Pebble Beach, CA 93953
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4