```
S. Gary Varga, Esq.
Varga Law Offices
585 Cannery Row, Suite 300
Monterey, CA 93940
Tel: (831) 625-5297
Fax: (831) 373-5282
Email: Vargalaw@MBay.et
Attorney for "the Trust Defendants"
```

FILED
MAY 1 6 2007
CLERK
NORTHERN DISTRICT OF ...
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>ALISAL WATER CORPORATION, et al.,<br><br>Defendants. | Case No. C97-20099 JF (EAI)<br><br>NOTICE OF APPEARANCE |

To all parties and their counsel of record.

PLEASE TAKE NOTICE that the undersigned, S. Gary Varga, will henceforth represent Defendants Alisal Water Corporation ("Alco"), Robert T. Adcock and Natholyn Patricia Adcock in this matter and will also continue to represent the parties traditionally referred to by the Court and counsel herein as "the Trust Defendants, " Bruce Pierson, trustee.

Date: May 4, 2007

Respectfully,

*[signature]*

S. Gary Varga, Esq.

U.S. vs. Alisal Water Corporation et al          Case No. C97-20099JF
NOTICE OF APPEARANCE