**E-Filed 6/5/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALISAL WATER CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case Number C 97-20099 JF (HRL)<br><br>ORDER[1] RE REQUEST FOR CLARIFICATION AND LEAVE TO MOVE FOR RECONSIDERATION<br><br>[re: doc. no. 741] |

　　　　On June 1, 2007, the Court received a letter from counsel for the City of Salinas ("the City") requesting clarification of the Court's order of May 25, 2007 denying without prejudice the City's motion to intervene in the instant action. The civil minutes, now corrected, reflect the following schedule for the briefing of Pajaro Sunny Mesa Community Services District's motion for reconsideration: Motion to be filed on or before June 4, 2007; opposition to be filed on or before June 18, 2007; reply to be filed on or before June 25, 2007; and oral argument to be heard on June 28, 2007, at 9:00 a.m. That briefing schedule does not pertain to a future motion to intervene by the City.

---

[1] This disposition is not designated for publication and may not be cited.

1   The City also requests leave to move for reconsideration of the May 25, 2007 order on the
2 basis that the Court did not address all of the factors considered in the order in the course of oral
3 argument. However, the Court did consider each of the arguments presented in the City's papers
4 and focused the discussion at oral argument on those areas it believed most important to its
5 resolution of the motion. In particular, and contrary to the City's contention in its request for
6 reconsideration, the oral argument directly addressed the fourth factor in the intervention
7 analysis: whether the City's interest is or may be represented adequately by another party in the
8 litigation (here, the United States). Accordingly, leave to move for reconsideration is not
9 warranted at the present time. As indicated in the order, the City may renew its motion to
10 intervene should there be a change in circumstances with respect to Alco's proposed expansion
11 of services.

13 IT IS SO ORDERED.

16 DATED: June 5, 2007

17 _____
   JEREMY FOGEL
   United States District Judge

1. Copies of Order served on:
2. Andrew A. Bassak   abassak@steefel.com, emaestro@steefel.com; wbrooks@steefel.com
3. Diana Donabedian   ddonabedian@luce.com,
4. Marc Peter Fairman   Mfairman@pacbell.net,
5. Paul Daniel Gullion   pauldgullion@aol.com, ndgullion@aol.com
6. Kevin T. Haroff   kharoff@ssd.com, sdavid@ssd.com
7. Joe Alfred Izen , Jr   joeizen@joeizen.com, joeslowgo@hotmail.com
8. Lori Jonas   lori.jonas@usdoj.gov
9. Jonathan M. Schwartz   jms01@i.frys.com,
10. S. Gary Varga   Vargalaw@mbay.net, Vargalaw@SBCGlobal.net
11. Noel Wise   NxW4@pge.com
12. Charles O'Connor
    U.S. Attorney's Office
13. 450 Golden Gate Avenue
    P.O. Box 36055
14. San Francisco, CA 94102
15. John W. Richardson
    2941 Park Avenue, Suite H
16. Soquel, CA 95073
17. John D. Rothman
    United States Environmental Protection Agency
18. Region IX
    75 Hawthorne Street
19. San Francisco, CA 94105
20.
21.
22.
23.
24.
25.
26.
27.
28.

Case No. C 97-20099 JF (HRL)
ORDER RE REQUEST FOR CLARIFICATION AND LEAVE TO MOVE FOR RECONSIDERATION
(JFLC1)