1  RONALD TENPAS
   Acting Assistant Attorney General
2  Environment and Natural Resources Division
   U.S. Department of Justice
3
   SCOTT SCHOOLS
4  Acting United States Attorney
   Northern District of California
5
   CHARLES O'CONNOR
6  Assistant United States Attorney
   Northern District of California
7  450 Golden Gate Ave.
   Box 36055
8  San Francisco, CA. 94102

9  LORI JONAS (Bar # 158268)
   STEVEN O'ROURKE
10 Environmental Enforcement Section
   Environment and Natural Resources Division
11 U.S. Department of Justice
   P.O. Box 7611
12 Washington, D.C. 20044
   (202) 514-4080
13 Attorneys for Plaintiff United States

**Filed**

SEP – 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

14                IN THE UNITED STATES DISTRICT COURT
15          FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
16

17 UNITED STATES OF AMERICA,  )    Case No. C97-20099 JF (EAI)
                              )
18          Plaintiff,        )
                              )    STIPULATED ORDER RESOLVING
19     vs.                    )    MOTIONS FOR RECONSIDERATION
                              )
20 Alisal Water Corporation, et al.,  )
                              )    The Hon. Jeremy Fogel
21          Defendants.       )    Hearing Date: n/a
                              )
22 _____)

23      The Court issued a May 23, 2007 "Order Re Outstanding Matters" [doc. no. 735].

24 Thereafter, Defendants filed a "Motion for Reconsideration and Relief Pursuant to FRCP 59

25 & 60" [doc. no. 743].  Pajaro Sunny Mesa Community Services  District ("PSMCSD") also

26 filed a "Petition and Motion for Reconsideration of Order and Response and

27 Recommendations to Order Terms Re: Costs for Moss Landing Bridge" [doc. no. 736].

28

**STIPULATED ORDER RESOLVING
MOTIONS FOR RECONSIDERATION
C97-20099**
                              -1-

After confidential settlement talks, the Parties agree, and by signing this Stipulated Order the Court hereby finds, that defendants' Motion for Reconsideration can and should be resolved by stipulated agreement. Accordingly, the Parties agree and the Court ORDERS as follows:

1. PSMCSD shall fund the Moss Landing Bridge Pipeline project, estimated by PSMCSD to cost approximately $339,000 (including costs of funds) without offset or repayment at any time from any of the defendants or the receiver.

2. Defendant Alisal Water Corporation (Alco) shall henceforth pay the Normco district Main Extension Agreements according to their remaining individual contract terms. Defendants shall have no obligation to repay PSMCSD for any payments made or costs or fees incurred by PSMCSD or any of its agents respecting any main extension agreements prior to the date of this Order. The aggregate net present value of said agreements is approximately $89,000 and, if paid over the remaining 25 to 33 years authorized by such agreements will amount to a total of approximately $275,000. Alco may make such pre-payment arrangements with the beneficiaries of said contracts as Alco and said beneficiaries may agree. Alco, at its own expense, may make such application to the California Public Utilities Commission (CPUC) as may be required and/or as Alco deems appropriate to obtain CPUC approval or authorization of any agreements between Alco and said beneficiaries, without need of further order of this Court.

3. Alco shall disgorge only a portion of the surcharge fees that have been collected. Alco has collected approximately $399,000. These fees shall be accounted or paid back in part, as follows:

   a. Alco shall not be required to disgorge the $29,000 in surcharges previously collected from the Buena Vista, San Jerardo and Toro customers as such customers received actual receivership services therefor.

   b. Alco shall not be required to disgorge the negotiated sum of $168,000

STIPULATED ORDER RESOLVING
MOTIONS FOR RECONSIDERATION
C97-20099

-2-

(encompassing calculations of costs of necessary loans, projected costs and fees, etc.) of the fees collected from the Salinas customers; said amount being an equitable offset toward payment of the Main Extension Agreements (for which PSMCSD will collect revenues but Alco will repay as construction reimbursements) and services rendered by the receiver which are fairly attributable to the Salinas customers.

      c. Upon entry of this stipulation as an order of the court, Alco, at its own expense, shall forthwith apply to the CPUC for authorization to pay a sur-credit of $212,000 to its Salinas customers without need of further order of this Court. The application to the CPUC will request the sur-credit to commence one year following termination of the receivership in this case and shall be sur-credited over a period of 48 months thereafter.

      4. To the extent that the May 23, 2007 "Order Re Outstanding Matters" [doc. no. 735] conflicts with the foregoing terms, the Order is hereby amended to agree with the terms of this stipulation.

      5. Based on the foregoing, Defendants' Motion for Reconsideration [doc. no. 743] is moot and the Court need not rule upon it.

**So Ordered.**

Date: September _____, 2007

Jeremy Fogel
United States District Judge

**STIPULATED ORDER RESOLVING
MOTIONS FOR RECONSIDERATION
C97-20099**

-3-

1

2  So Stipulated for Plaintiff:

3  /s/ Steven O'Rourke, Esq.
   Attorney for Plaintiff
   LORI JONAS (Bar # 158268)
4  STEVEN O'ROURKE (Civ. L.R. 11-2)
   Environmental Enforcement Section
5  Environment and Natural Resources Division
   U.S. Department of Justice
6  P.O. Box 7611
   Washington, D.C. 20044
7  (202) 514-4080

8

9

10 So Stipulated for Defendants:

11 /s/ S. Gary Varga, Esq.
   Attorney for All Defendants
12 S. Gary Varga
   Varga Law Offices
13 585 Cannery Row, Ste 300
   Monterey, CA 93940
14 Tel: (831) 625-5297
   Vargalaw@mbay.net

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED ORDER RESOLVING
MOTIONS FOR RECONSIDERATION
C97-20099 .

-4-