**E-filed 12/20/07**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALISAL WATER CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case Number C 97-20099 JF (HRL)<br><br>ORDER[1] GRANTING INTERIM PAYMENT OF RECEIVER'S FEES AND EXPENSES FOR THE PERIODS FROM NOVEMBER 1, 2006 THROUGH FEBRUARY 28, 2007; MARCH 1, 2007 THROUGH JULY 31, 2007; AND AUGUST 1, 2007 THROUGH OCTOBER 31, 2007 |

Having considered the Receiver's Status Report for the periods from November 1, 2006 through February 28, 2007; March 1, 2007 through July 31, 2007; and August 1, 2007 through October 31, 2007, as well as the pending objections to portions of the Receiver's fees and expenses by Defendants and by the Pajaro/Sunny Mesa Community Services District, the Court will approve an immediate interim payment to the Receiver of eighty (80) percent of the accrued fees and expenses, or $133,650.15. Such interim payment shall be made directly from the proceeds of the sale of the Buena Vista Water system. The Court will determine the disposition

---

[1] This disposition is not designated for publication and may not be cited.

of the remaining portion of the Receiver's requested fees and expenses at the final status conference now scheduled for January 31, 2008 at 1:30 p.m.

IT IS SO ORDERED.

DATED: December 20, 2007

_____
JEREMY FOGEL
United States District Judge

Copies of Order served on:

Counsel for Plaintiff:

Lori Jonas
Matthew Fogelson
Noel Wise
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044

Charles O'Connor
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

John D. Rothman
United States Environmental Protection Agency, Region IX
75 Hawthorne Street
San Francisco, CA 94105

Counsel for Defendants:

Marc P. Fairman
Law Offices of Marc P. Fairman
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111

John P. Dwyer
Attorney at Law
1550 California Street, No. 60201
San Francisco, CA 94109

Counsel for Receiver:

Michael A. Isaacs
Diana L. Donabedian
Luce, Forward, Hamilton & Scripps, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105

John W. Richardson
2941 Park Avenue, Suite H
Soquel, CA 95073