IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES OF AMERICA,        )
                                 )
          Plaintiff,             )    CASE NO. C97-20099 JF (EAI)
                                 )
     v.                          )
                                 )
Alisal Water Corporation, et al.,)
                                 )
          Defendants.            )
_____)

**[PROPOSED] ORDER**

The receivership created by the Order of April 9, 2002, and subsequently extended by Order of the Court dated January 29, 2007, shall be further extended for six months from the date of this Order or until terminated by the Court, whichever is earlier.

SO ORDERED.

Dated: __1/4/07_____            _____
                                     JEREMY FOGEL
                                     United States District Judge