**E-Filed 4/30/08**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALISAL WATER CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case Number C 97-20099 JF (HRL)<br><br>ORDER REQUESTING REPLY BRIEF RE RECEIVER'S EX PARTE APPLICATION TO RETAIN FUNDS FILED APRIL 11, 2008 |

　　　　On March 4, 2008, the Court ordered the Receiver to remit to Alco any receivership funds remaining after certain specified payments had been made out of those funds. On April 11, 2008, the Receiver filed an *ex parte* application for authority to retain $100,000 of the approximately $150,000 of remaining receivership funds. The Receiver represents that the requested retention of funds is necessary to ensure that the Receiver can pay for: monthly operation and maintenance expenses of the San Jerardo system until the new water filtration system is completed in October 2009; estimated remediation costs in the amount of approximately $25,000; insurance until the water filtration system is completed (Alco apparently dropped San Jerardo from its blanket insurance); and costs for removal of an abandoned well on the San Jerardo system.

Case No. C 97-20099 JF (HRL)
ORDER REQUESTING REPLY
(JFLC2)

On April 24, 2008, Defendants filed opposition to the Receiver's application.  Defendants assert that the Receiver recently represented to the Court that the ongoing costs for San Jerardo will be minimal; that the Receiver is trying to impose upon Defendants costs for repairs that the Receiver should have undertaken during the six years of the receivership; that the Receiver has not explained why the costs in question should not be paid by a rate increase; and that the Receiver has not explained why the costs in question were not paid from the grants in excess of one million dollars previously received to operate and improve the San Jerardo system. Defendants argue that an explanation and an accounting is necessary before the Receiver should be permitted to retain any funds.

The Court hereby directs the Receiver to file a reply addressing Defendants' contentions and demand for an accounting.  After reviewing the reply, the Court will determine whether oral argument would be helpful in resolving these issues.

Accordingly, IT IS HEREBY ORDERED that the Receiver file a reply within ten days of receipt of this order.

DATED: 4/30/08

_____
JEREMY FOGEL
United States District Judge

1 | Copies of Order served on:

2 | County of Monterey perrym@co.monterey.ca.us

3 | Diana Donabedian ddonabedian@luce.com

4 | Marc Peter Fairman Mfairman@pacbell.net

5 | Paul Daniel Gullion pauldgullion@aol.com, ndgullion@aol.com

6 | Kevin T. Haroff kharoff@ssd.com, sdavid@ssd.com

7 | J. Michael Hogan hoganm@co.monterey.ca.us

8 | Joe Alfred Izen , Jr joeizen@joeizen.com, joeslowgo@hotmail.com

9 | Lori Jonas lori.jonas@usdoj.gov

10 | David Patrick Nemecek , Jr dnemecek@manatt.com, mchavez@manatt.com

11 | Steven O'Rourke Steve.ORourke@usdoj.gov

12 | Jonathan Mark Schwartz jms01@i.frys.com

13 | Frank G. Tiesen tiesenf@co.monterey.ca.us, ontiveross@co.monterey.ca.us

14 | Vanessa W. Vallarta vanessav@ci.salinas.ca.us, julian@ci.salinas.ca.us

15 | Stephen Gary Varga Vargalaw@mbay.net, Vargalaw@SBCGlobal.net

16 | Lenard Garsen Weiss lweiss@steefel.com, ycano@steefel.com

Christopher Alan Callihan
Office of the City Attorney
200 Lincoln Ave
Salinas, CA 93901-2639

City of Salinas
Office of the City Attorney
200 Lincoln Avenue
Salinas, CA 93901

Charles O' Connor
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

3

Case No. C 97-20099 JF (HRL)
ORDER REQUESTING REPLY
(JFLC2)

| | |
|---|---|
| 1 | John W. Richardson |
| 2 | 5161 Soquel Dr., Suite F |
| | Soquel, CA 95073 |
| 3 | |
| 4 | John David Rothman |
| | United States Environmental Protection Agency |
| 5 | Region IX |
| 6 | 75 Hawthorne Street |
| | San Francisco, CA 94105 |

4

Case No. C 97-20099 JF (HRL)
ORDER REQUESTING REPLY
(JFLC2)