**E-Filed 6/20/08**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br><br><br><br><br><br><br>ALISAL WATER CORPORATION, et al.,<br><br>    Defendants.<br>_____/ | Case No. C97-20099 JF (EAI)<br><br>[PROPOSED]<br><br>ORDER UPON DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO RECEIVER AND COUNTY OF MONTEREY |

    The Court having considered the application of Defendants and good cause appearing, IT IS HEREBY ORDERED:

    On or before July 1, 2008 the County of Monterey shall provide to counsel of record for Defendants and for the Receiver a complete packet of all grants, grant applications and updates and modifications thereto, grant awards, grant payment projections, grant receipts and budget projections for future customer rates with facilities in place as paid for with the

---

U.S. v. Alisal Water Corporation et al     Case No. C97-20099JF
ORDER Upon Defendants' Time Extension Request     Page 1

1  grants, all with respect to the San Jerardo water system. The County need not duplicate
2  documents already provided.
3      Defendants shall file their responsive comments to the pending Receiver's
4  applications to retain funds and to receive compensation and costs for the period November 1,
5  2007 through April 30, 2008 on or before July 16, 2008.
6      In light of this extension of time for briefing, the Court HEREBY GRANTS the Receiver's
7  request to retain an additional $4,000 of the funds in his possession; this request is set forth in the
8  Receiver's conditional non-opposition to Defendants' motion.
9  Date: 6/20/08

                              JUDGE OF THE U.S. DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA

---

U.S. v. Alisal Water Corporation et al     Case No. C97-20099JF
ORDER Upon Defendants' Time Extension Request     Page 2