IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. C97-20099 JF (EAI) |
| ) | |
| v. ) | |
| ) | |
| Alisal Water Corporation, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**[PROPOSED] ORDER**

The receivership created by the Order of April 9, 2002, and subsequently extended by Order of the Court dated January 4, 2008, shall be further extended until October 31, 2009 or until terminated by the Court, whichever is earlier.

SO ORDERED.

Dated: 6/30/08 _____
JEREMY FOGEL
United States District Judge