IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED SATES OF AMERICA, )
                     Plaintiff, )
        vs. )
  )
ALISAL WATER CORPORATION, et al )
               Defendants. )

[~~PROPOSED~~]
AMENDED ORDER

CASE NO.  C97-20099 JF

## AMENDED  ORDER

        The receivership created by the Order of April 9, 2002, subsequently extended by Order of the Court dated January 4, 2008, and later amended by Order of the Court dated March 4, 2008, shall be further extended until October 31, 2009 or until terminated by the Court, whichever is earlier.

        This Amended Order replaces the Order signed by the Court on 6/30/08 which was filed 07/10/2008 as ECF Document 856.

**SO ORDERED**.

Dated: JULY _17_ , 2008

_____
JEREMY FOGEL
United States District Judge