**E-filed 1/15/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALISAL WATER CORPORATION, et al.,<br><br>　　　　　Defendants. | Case Number C 97-20099 JF (HRL)<br><br>ORDER[1] AUTHORIZING RECEIVER TO RETAIN AN ADDITIONAL $5,000 FROM THE SALE PROCEEDS TO PAY OPERATING AND MAINTENANCE EXPENSES OF THE SAN JERARDO WATER SYSTEM<br><br>[re: doc. no. 871] |

　　　Pending before the Court are: (1) the Receiver's Ex Parte Application for Authority to Retain Certain Funds to Pay Monthly Operation and Maintenance Expenses, Insurance, and Well Removal Costs for the San Jerardo Water System, filed April 11, 2008; (2) the Receiver's Status Report for the period November 1, 2007 through April 30, 2008; and (3) the Receiver's Status Reports for the periods spanning November 1, 2006 through October 31, 2007.[2] The Court has

---

[1] This disposition is not designated for publication in the official reports.

[2] The Court previously approved payment of 80% of the Receiver's claimed expenses for these periods, but deferred consideration of the remaining 20% of these expenses.

received extensive briefing, particularly with respect to the Receiver's application to retain the bulk of the sale proceeds he is holding. The issues presented are quite complicated. It thus has taken the Court some time to sort through the evidence and arguments presented by the Receiver, Defendants, and the County of Monterey (appearing as amicus). The Court expects to issue a ruling shortly.

In the meantime, the Receiver has indicated that he does not have sufficient funds to pay even the basic operating expenses of the San Jerardo system. At the hearing on May 29, 2008, the Court authorized the Receiver to utilize $4,000 of the funds he is holding to pay such expenses. On June 20, 2008, the Court authorized the Receiver to retain an additional $4,000. However, monthly operating expenses have continued to accrue. As of December 10, 2008, the Receiver held $407.00 in the San Jerardo operating account, an amount insufficient to cover PG&E bills or other necessary operating expenses. *See* Suppl. Decl. Of Diana Donabedian filed 12/10/08, ¶ 4.

The Court has reviewed Defendants' opposition to the Receiver's application for an additional $5,000. However, the Court concludes that the Receiver's retention of such funds is necessary for the health and welfare of the individuals who rely upon the San Jerardo system for their water needs. The Court will consider the fact that the Receiver has retained $13,000 of the sale proceeds when analyzing the Receiver's pending motions regarding the remainder of the sale proceeds.

Accordingly, the Receiver's application to retain an additional $5,000 from the sale proceeds to pay the operating and maintenance expenses of the San Jerardo water system is GRANTED.

IT IS SO ORDERED.

DATED: 1/15/09

_____
JEREMY FOGEL
United States District Judge

1  This Order was served on the following persons:

2  County of Monterey perrym@co.monterey.ca.us

3  David Patrick Nemecek , Jr dnemecek@manatt.com, mchavez@manatt.com

4  Diana Donabedian ddonabedian@luce.com

5  Frank G. Tiesen tiesenf@co.monterey.ca.us, ontiveross@co.monterey.ca.us

6  J. Michael Hogan hoganm@co.monterey.ca.us

7  Joe Alfred Izen , Jr joeizen@joeizen.com, joeslowgo@hotmail.com

8  Jonathan Mark Schwartz jms01@i.frys.com

9  Kevin T. Haroff kharoff@ssd.com, sdavid@ssd.com

10  Lenard Garsen Weiss lweiss@steefel.com, ycano@steefel.com

11  Lori Jonas lori.jonas@usdoj.gov

12  Marc Peter Fairman Mfairman@pacbell.net

13  Mary Grace Perry perrym@co.monterey.ca.us, andradar@co.monterey.ca.us,
14  coatsir@co.monterey.ca.us

15  Paul Daniel Gullion pauldgullion@aol.com, ndgullion@aol.com

16  Stephen Gary Varga Vargalaw@mbay.net, Vargalaw@SBCGlobal.net

17  Steven O'Rourke Steve.ORourke@usdoj.gov

18  Vanessa W. Vallarta vanessav@ci.salinas.ca.us, julian@ci.salinas.ca.us

19  City of Salinas
    Office of the City Attorney
20  200 Lincoln Avenue
21  Salinas, CA 93901

22  Charles O'Connor
    U.S. Attorney's Office
23  450 Golden Gate Avenue
24  P.O. Box 36055
    San Francisco, CA 94102
25
26  Christopher Alan Callihan
    Office of the City Attorney
27  200 Lincoln Ave
28  Salinas, CA 93901-2639

3

Case No. C 97-20099 JF (HRL)
ORDER AUTHORIZING RECEIVER TO RETAIN AN ADDITIONAL $5,000 ETC.
(JFLC2)

1  John David Rothman
2  United States Environmental Protection Agency
   Region IX
3  75 Hawthorne Street
4  San Francisco, CA 94105

5  John W. Richardson
   5161 Soquel Dr., Suite F
6  Soquel, CA 95073

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

Case No. C 97-20099 JF (HRL)
ORDER AUTHORIZING RECEIVER TO RETAIN AN ADDITIONAL $5,000 ETC.
(JFLC2)