Michael A. Isaacs, CSBN 99782
Diana L. Donabedian, CSBN 191384
LUCE, FORWARD,
HAMILTON & SCRIPPS, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105
Telephone: 415.356.4600
Fax: 415.356.3895
E-mail: misaacs@luce.com
E-mail: ddonabedian@luce.com

Attorneys for JOHN W. RICHARDSON,
Receiver

**E-Filed 4/23/09**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C97-20099 JF(EAI) |
| Plaintiff, | **ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER MODIFYING MARCH 27, 2009 ORDER (1) GRANTING THE RECEIVER'S APPLICATION FOR AUTHORITY TO RETAIN CERTAIN FUNDS TO PAY MONTHLY OPERATION AND MAINTENANCE EXPENSES, INSURANCE AND WELL REMOVAL COSTS FOR THE SAN JERARDO WATER SYSTEM; (2) DIRECTING PAYMENT OF THE RECEIVER'S STATUS REPORTS FOR THE PERIOD 11/1/07 – 4/30/08 AND 11/1/06-10/31/07; AND (3) DENYING AS MOOT THE RECEIVER'S EX PARTE APPLICATION FOR AN ADDITIONAL $5,000 TO PAY OPERATING AND MAINTENANCE EXPENSES FOR THE SAN JERARDO WATER SYSTEM** |
| v. | |
| ALISAL WATER CORPORATION, et al., | |
| Defendants. | |

Based upon the Receiver's *Ex Parte* Application for Order Modifying March 27, 2009 Order (1) Granting The Receiver's Application for Authority to Retain Certain Funds to Pay Monthly Operation and Maintenance Expenses, Insurance, and Well Removal Costs for the San Jerardo Water System; (2) Directing Payment of the Receiver's Expenses and Costs Itemized in the Receiver's Status Reports for the Periods 11/1/06 – 10/31/08; and (3) Denying as Moot the

301068625.1                                              1

1  Receiver's Ex Parte Application for an Additional $5,000 to Pay Operating and Maintenance
2  Expenses for the San Jerardo Water System, ("*Ex Parte* Application") of Receiver John W.
3  Richardson, and good cause appearing therefor, it is

4  ORDERED as follows:

5  1. The Receiver's *Ex Parte* Application is approved.

6  2. The Order (1) Granting The Receiver's Application for Authority to Retain Certain
7  Funds to Pay Monthly Operation and Maintenance Expenses, Insurance, and Well Removal Costs
8  for the San Jerardo Water System; (2) Directing Payment of the Receiver's Expenses and Costs
9  Itemized in the Receiver's Status Reports for the Periods 11/1/06 – 10/31/08; and (3) Denying as
10 Moot the Receiver's Ex Parte Application for an Additional $5,000 to Pay Operating and
11 Maintenance Expenses for the San Jerardo Water System entered by the Court on March 27, 2009
12 is amended as follows:

13  a. Page 4, lines 14-15 is revised to state: " . . . the Court has authorized the
14 Receiver to retain a total of $13,000 from the original $151,000 to cover basic operational
15 expenses.  That leaves approximately $138,000 in remaining sale proceeds."

16  b. Page 8, lines 24-26 is revised to state: ". . . Accordingly, the Court will
17 grant the Receiver's motion for leave to retain $100,000 of the remaining $138,000, those monies
18 to be used for operational and maintenance expenses, and will direct the Receiver to disburse
19 $38,000 to Defendants.

20  c. Page 9, lines 16-17 is revised to state: "The Receiver's motion for leave to
21 retain $100,000 from the remaining sale proceeds is GRANTED as set forth above.  The Receiver
22 shall remit to Defendants the remaining $38,000 in sale proceeds within thirty days of the date of
23 this Order;"

24 DATED: 4/23/09

UNITED STATES DISTRICT COURT JUDGE

301068625.1                                    2