**E-Filed 5/11/09**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>ALISAL WATER CORPORATION, et al.,<br><br>          Defendants. | Case Number C 97-20099 JF (HRL)<br><br>ORDER[1] SETTING BRIEFING SCHEDULE RE DEFENDANTS' MOTION FOR RECONSIDERATION<br><br>[re: document no. 887] |

      On May 9, 2009, Defendants filed a motion for reconsideration of the Court's order issued on March 27, 2009 [docket no. 880], as modified by the order issued April 23, 2009 [docket no. 885].  Any opposition to the motion shall be filed on or before May 25, 2009.  Any reply shall be filed on or before June 1, 2009.  The matter thereafter will be taken under

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 97-20099 JF (HRL)
ORDER SETTING BRIEFING SCHEDULE RE DEFENDANTS' MOTION FOR RECONSIDERATION
(JFLC2)

submission without oral argument unless the parties are notified otherwise by the Court.[2]

DATED: 5/11/09

_____
JEREMY FOGEL
United States District Judge

---

[2] Defendants' motion arguably violates Civil Local Rule 7-9(a), requiring leave of court before filing a motion for reconsideration. However, application of Rule 7-9(a) is unclear given that judgment has been entered in this case. Even assuming that Rule 7-9(a) does apply, the Court in the exercise of its discretion grants leave to seek reconsideration.

1  This Order was served on the following persons:

3  County of Monterey     perrym@co.monterey.ca.us

4  David Patrick Nemecek , Jr     dnemecek@manatt.com, mchavez@manatt.com

5  Diana Donabedian     ddonabedian@luce.com

6  Frank G. Tiesen     tiesenf@co.monterey.ca.us, ontiveross@co.monterey.ca.us

7  J. Michael Hogan     hoganm@co.monterey.ca.us

8  Joe Alfred Izen , Jr     joeizen@joeizen.com, joeslowgo@hotmail.com

9  Jonathan Mark Schwartz     jms01@i.frys.com

10  Kevin T. Haroff     kharoff@ssd.com, sdavid@ssd.com

11  Lenard Garsen Weiss     lweiss@steefel.com, ycano@steefel.com

12  Lori Jonas     lori.jonas@usdoj.gov

13  Marc Peter Fairman     Mfairman@pacbell.net

14  Mary Grace Perry     perrym@co.monterey.ca.us, andradar@co.monterey.ca.us, coatsir@co.monterey.ca.us

16  Paul Daniel Gullion     pauldgullion@aol.com, ndgullion@aol.com

17  Stephen Gary Varga     Vargalaw@mbay.net, Vargalaw@SBCGlobal.net

18  Steven O'Rourke     Steve.ORourke@usdoj.gov

19  Vanessa W. Vallarta     vanessav@ci.salinas.ca.us, julian@ci.salinas.ca.us

3