**E-filed 10/29/2009**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALISAL WATER CORPORATION, et al.,<br><br>　　　　Defendants. | Case Number C 97-20099 JF (HRL)<br><br>ORDER[1] (1) EXTENDING RECEIVERSHIP FOR LIMITED PURPOSE; AND (2) ADDRESSING MATTERS HEARD ON OCTOBER 2, 2009<br><br>[re: docket entries 906, 909, 910] |

　　　　On October 2, 2009, the Court conducted a hearing addressing: (1) Defendants' ex parte applications for an order directing the Receiver to take certain actions and terminating the receivership; (2) the Receiver's motion for contempt; and (3) the County of Monterey's request that the receivership be maintained. For the reasons stated on the record, the Court orders as follows:

---

[1] This disposition is not designated for publication in the official reports.

(1) the transfer of the San Jerardo water system is approved;

(2) the $23,500 in trust funds held by Defendants' counsel, Gary Varga, shall be applied to the receivership fees and expenses previously approved by the Court[2];

(3) all remaining outstanding receivership fees and expenses previously approved by the Court shall be paid from the $100,000 in funds held by the Receiver;

(4) the parties shall meet and confer with respect to any additional receivership fees and expenses, and such fees and expenses shall be submitted for Court approval only if the parties cannot agree with respect to payment of such fees and expenses;

(5) the Receiver's motion for contempt is denied;

(6) the receivership is extended until November 1, 2010 for the limited purpose of ensuring that the monthly shortfall with respect to San Jerardo's operation costs is paid[3]; and

(7) the Receiver is authorized to expend up to $2,000 per month of receivership funds, without further Court approval, to cover the shortfall with respect to San Jerardo's operation costs.

IT IS SO ORDERED.

DATED: October 29, 2009

_____
JEREMY FOGEL
United States District Judge

---

[2] This order applies to any additional funds that may have been deposited in the trust account since the hearing.

[3] As discussed at the hearing, the operations costs to which the Court refers do not include the filtration costs, which will continue to be covered by the County of Monterey.

2

This Order was served on the following persons:

David Patrick Nemecek , Jr    dnemecek@manatt.com, mchavez@manatt.com

Diana Donabedian    ddonabedian@luce.com

Joe Alfred Izen , Jr    joeizen@joeizen.com, joeslowgo@hotmail.com

Jonathan Mark Schwartz    jms01@i.frys.com

Kevin T. Haroff    kharoff@ssd.com, sdavid@ssd.com

Lenard Garsen Weiss    lweiss@steefel.com, ycano@steefel.com

Lori Jonas    lori.jonas@usdoj.gov

Marc Peter Fairman    Mfairman@pacbell.net

Mary Grace Perry    perrym@co.monterey.ca.us, andradar@co.monterey.ca.us, coatsir@co.monterey.ca.us

Paul Daniel Gullion    pauldgullion@aol.com, ndgullion@aol.com

Stephen Gary Varga    Vargalaw@mbay.net, Vargalaw@SBCGlobal.net

Steven O'Rourke    Steve.ORourke@usdoj.gov

Vanessa W. Vallarta    vanessav@ci.salinas.ca.us, julian@ci.salinas.ca.us