1   CHARLES J. McKEE #152458
    County Counsel
2   MARY GRACE PERRY #153396         **E-Filed 2/25/2010**
    Deputy County Counsel
3   County of Monterey
    168 W. Alisal Street, 3rd Floor
4   Salinas, California 93901-2439
    Telephone: (831) 755-5045
5   Facsimile: (831) 755-5283

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | **Case No. C97-20099** |
| Plaintiff, | **ORDER AUTHORIZING COUNTY AND RECEIVER TO EXECUTE AMENDMENT NO. 2 TO INTERIM FILTRATION AGREEMENT** |
| v. | |
| ALISAL WATER CORPORATION, et al. | **[No Hearing Requested]** |
| Defendants. | |

Based on the County's Ex Parte Application for Authority to Execute Amendment No. 2 to Interim Filtration Agreement ("Application") and good cause appearing therefore,

IT IS ORDERED as follows:

1. The request outlined in the Application is approved.

2. The Receiver and County may execute and enter into Amendment No. 2 to the Interim Filtration Agreement attached to the Application as Exhibit "A".

3. The Receiver and County are authorized to take those further steps to complete the matters more thoroughly described in Amendment No. 2 to the Interim Filtration Agreement and/or the Interim Filtration Agreement.

Dated: 2/25/2010

_____
UNITED STATES DISTRICT COURT JUDGE