**E-Filed 3/7/2011**

1  CHARLES J. McKEE #152458
   County Counsel
2  MARY GRACE PERRY #153396)
   Deputy County Counsel
3  County of Monterey
   168 W. Alisal Street, 3rd Floor
4  Salinas, California 93901-2439
   Telephone: (831) 755-5045
5  Facsimile: (831) 755-5283

6              **UNITED STATES DISTRICT COURT**

7             **NORTHERN DISTRICT OF CALIFORNIA**

8                  **SAN JOSE DIVISION**

9
   UNITED STATES OF AMERICA            **Case No. C97-20099**
10
                 Plaintiff,            ~~[PROPOSED]~~ **AMENDED ORDER**
11                                     **AUTHORIZING RECIVER AND**
    v.                                 **COUNTY TO EXECUTE PURCHASE**
12                                     **AND SALE AGREEMENT**
    ALISAL WATER CORPORATION, et al.
13                                     **[No Hearing Requested]**
                 Defendants.
14  _____  /

15       Based on the County's Ex Parte Application ("Application") for Amended Order for

16  Authority for Receiver and County to Execute Purchase and Sale Agreement ("Agreement") and

17  good cause appearing therefore,

18       IT IS ORDERED as follows:

19       1.     The request outlined in the Application is approved.

20       2.     Receiver and County may execute and enter into the Agreement  approved by the

21  Monterey County Board of Supervisors, acting as the Board of Directors of the Boronda County

22  Sanitation District ("Board") on November 30, 2010 attached to the Application as Exhibit "1"

23  with Exhibits "1-A" through "1-G" (incorporated by this reference).

24       3.     Receiver and County are authorized to take those further steps to complete the

25  matters more thoroughly described in the Agreement approved by the Board on November 30,

26  2010.

27  Dated:  ___3/7/2011_____     _____

28                                     UNITED STATES DISTRICT COURT JUDGE