**E-Filed 3/30/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ALISAL WATER CORPORATION, et al.,<br><br>                Defendants. | Case Number 5:97-cv-20099-JF<br><br>ORDER EXTENDING RECEIVERSHIP FOR ONE MONTH; AND SETTING BRIEFING SCHEDULE RE COUNTY'S REQUEST TO EXTEND RECEIVERSHIP THROUGH SEPTEMBER 30, 2011<br><br>[re: dkt entry 949 ] |

    The County of Monterey, a non-party to this action, seeks an extension of the receivership through September 30, 2011. Prior to filing, the County circulated the instant motion to Plaintiff, Defendant, and the Receiver. Plaintiff has not responded, Defendant opposes extension of the receivership, and the Receiver has indicated that he has no comment with respect to the motion.

    The County asserts that the requested extension of the receivership is necessary: (1) to provide the Receiver with additional time to prepare a final accounting for the San Jerardo Water System; (2) for County and Receiver to submit necessary documentation for reimbursement to state and federal grant funding agencies; and (3) to resolve remaining San Jerardo Water System issues.

Case No. 5:97-cv-20099-JF
ORDER EXTENDING RECEIVERSHIP FOR ONE MONTH ETC.
(JFLC2)

As Defendant points out, it is unclear from the County's papers why the Receiver would need six more months to prepare a final accounting; why it would be necessary to the receivership to remain in place in order for documentation to be submitted to state and federal grant funding agencies; and what other issues remain with respect to the San Jerardo Water System.  Accordingly, the Court will extend the receivership for one month and solicit letter briefs addressing these issues so that it may make a reasoned decision with respect to the County's request to extend the receivership through September 30, 2011.

**ORDER**

(1) The receivership is HEREBY EXTENDED through April 30, 2011.

(2) On or before April 15, 2011, the County, the Receiver, and Plaintiff shall file letter briefs addressing the issues raised above.  On or before April 22, 2011, Defendant shall file a letter brief in response.  The letter briefs shall not exceed five pages.

(3) The matter thereafter will be submitted without oral argument.

DATED: 3/30/2011

_____
JEREMY FOGEL
United States District Judge