**E-Filed 4/29/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case Number 5:97-cv-20099-JF |
|---|---|
| Plaintiff, | ORDER EXTENDING RECEIVERSHIP THROUGH MAY 31, 2011 WITH RESPECT TO ALCO AND SAN JERARDO; AND THEREAFTER EXTENDING THE RECEIVERSHIP THROUGH SEPTEMBER 30, 2011 WITH RESPECT TO SAN JERARDO ONLY |
| v. | |
| ALISAL WATER CORPORATION, et al., | |
| Defendants. | |
|  | [re:  dkt entry 949 ] |

    The County of Monterey, a non-party to this action, seeks an extension of the receivership through September 30, 2011. On March 30, 2011, the Court extended the receivership for one month and requested briefing as to the need for a longer extension. Having reviewed the submissions of the County, the United States, the Receiver, and Alco, the Court concludes as follows:

    It appears that continuing the receivership with respect to San Jerardo may facilitate the acquisition of grant funds and may streamline the final transfer of San Jerardo to the County, to

the extent that such transfer has not occurred already.[1]  However, the Court does not perceive the need to extend the receivership with respect to Alco for any significant length of time. Accordingly, the Court will extend the receivership through May 31, 2011 with respect to both Alco and San Jerardo, and thereafter will extend the receivership through September 30, 2011 with respect to San Jerardo only.  It is the Court's understanding that because the County effectively has taken over operation of the San Jerardo system, Alco no longer is responsible for payment of receivership expenses.  However, if the Receiver claims that Alco is obligated to pay any expenses incurred to date, the Receiver shall submit a request for payment on or before May 13, 2011.

**ORDER**

(1) The receivership is HEREBY EXTENDED through May 31, 2011 with respect to Alco and San Jerardo;

(2) Thereafter, the receivership is HEREBY EXTENDED through September 30, 2011 with respect to San Jerardo only;

(3) If the Receiver claims that Alco is responsible for any unpaid receivership expenses to date, the Receiver shall submit a request for payment on or before May 13, 2011.

DATED:  4/29/2011

_____
JEREMY FOGEL
United States District Judge

---

[1] Alco asserts that the County effectively has taken over and is operating the San Jerardo system, and that no further "transfer" is necessary.

2
Case No. 5:97-cv-20099-JF
ORDER EXTENDING RECEIVERSHIP THROUGH MAY 31, 2011 ETC.
(JFLC2)