1

2 **E-Filed 8/12/2013**

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11

12 UNITED STATES OF AMERICA,                    Case No. 5:97-cv-20099-JF (HRL)

13              Plaintiff,                                   ORDER DISCHARGING RECEIVER AND
                                                            TERMINATING PROCEEDINGS
14        v.

15 ALISAL WATER CORPORATION, et al.,

16              Defendants.

17

18

19        On June 2, 2004, the Court entered judgment disposing of all claims and dismissing the case.

20 ECF No. 506.  However, the Receivership established by the Court in June 2002 was extended on

21 multiple occasions for the purpose of completing transfer of water systems and resolving

22 administrative matters.  *See, e.g.,* ECF No. 988.  On July 1, 2013, the Court issued an order

23 approving a stipulation of the parties that resolved all remaining issues in the case.  ECF No. 992.

24 On July 16, 2013, the Receiver notified the Court that he had disbursed the funds remaining in the

25 Receivership as stipulated by the parties.  ECF No. 993.  The County of Monterey subsequently

26 informed chambers via email that it had not received the check for $36,450 that the Receiver had

27 mailed to it.  The County requested that the Court delay issuing a final order pending the County's

28 actual receipt of the expected funds.  On August 8, 2013, the County informed the Court that a

**United States District Court**
For the Northern District of California

1   replacement check had been received and deposited into the County's general fund account.

2       Accordingly, the Receiver is hereby discharged and all proceedings in this case are hereby

3   terminated.

4       IT IS SO ORDERED.

5

6   DATED:  August 12, 2013

7                                                JEREMY FOGEL
                                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2